Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com
Attorneys for Plaintiff

Michael D. Welch, SBN 111022
**MICHAEL WELCH + ASSOCIATES**
770 L Street, Suite 950
Sacramento CA 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930
Email: mdwelch@mail.com
Attorneys for Defendant T & S Business Corporation

Cris C. Vaughan, SBN 99568
**VAUGHAN & ASSOCIATES**
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-1800
Facsimile: (916) 660-9378
Email: ccvaughan@sbcglobal.net
Attorneys for Defendant Sells Financial Services, Inc.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael McCune, | Case No. 2:14-cv-00469-JAM-AC |
| Plaintiff, | **Joint Stipulation for Dismissal and Order Thereon** |
| vs. | |
| T & S Business Corporation dba IHOP #649; Sells Financial Services, Inc., | |
| Defendants. | |

*McCune v. T & S Business Corporation, et al.*   Case No. 2:14-cv-00469-JAM-AC
**Joint Stipulation for Dismissal & Order Thereon**

Page 1

TO THE COURT AND ALL PARTIES:

Through this Joint Stipulation, plaintiff Michael McCune and defendants T & S Business Corporation dba IHOP #649; and Sells Financial Services, Inc., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: January 14, 2015         DISABLED ADVOCACY GROUP, APLC

                                 /s/   Scottlynn J Hubbard
                                Scottlynn J Hubbard IV
                                Attorney for Plaintiff

Dated: January 14, 2015         MICHAEL WELCH + ASSOCIATES

                                 /s/   Michael D. Welch
                                Michael D. Welch
                                Attorney for Defendant T & S Business Corporation

Dated: January 14, 2015         VAUGHAN & ASSOCIATES

                                 /s/   Cris C. Vaughan
                                Cris C. Vaughan
                                Attorney for Defendant Sells Financial Services, Inc.

## ORDER

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, this action, USDC Case No. 2:14-cv-00469-JAM-AC, is dismissed with prejudice in its entirety.

Dated:  1/16/2015

                                /s/ John A. Mendez
                                United States District Court Judge

*McCune v. T & S Business Corporation, et al.*                              Case No. 2:14-cv-00469-JAM-AC
**Joint Stipulation for Dismissal & Order Thereon**

Page 2